USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------X
ANNIE THOMAS,                             :
                                          :
                    Plaintiff,            :
                                          :    21 Civ. 8394 (VM)
    - against -                           :
                                          :    **ORDER**
CLAUDIA TUBIOL, GREGORY KAFCOS,           :
CENTURY 21 KAFCOS REALTY, FLORENCE        :
JONES, JOSEPH EDGAR                       :
                                          :
                    Defendants.           :
------------------------------------------X

**VICTOR MARRERO**, United States District Judge.

A Complaint in the above captioned matter was filed in the Supreme Court of the State of New York, Bronx County, and the matter was removed to this Court on October 12, 2021. (Dkt. No. 1.) On December 12, 2021, Plaintiffs filed a First Amended Complaint. (Dkt. No. 16.) The First Amended Complaint brought claims under New York state law and withdrew all previously alleged federal-law claims.

On December 15, 2021, Plaintiffs filed an unopposed motion for remand to state court. (Dkt. No. 17.) Given that the Court finds there is no longer a basis for federal court jurisdiction and both parties consent to the remand of this matter to state court, it is hereby

**ORDERED** that this action is remanded to the Supreme Court of New York, Bronx County; and it is further

**ORDERED** that the Clerk of Court is directed to close this case.

**SO ORDERED.**
Dated:      December 16, 2021
            New York, New York

                                          _____
                                          Victor Marrero
                                          U.S.D.J.